UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X
                                           :

YELITZA PICON, *on behalf of herself and all others*   :
*similarly situated,*                                  :

                         Plaintiff,     :          24-CV-9054 (JMF)

                                 :

          -v-                      :            <u>ORDER</u>

                                 :

HAPPY TIMES CAFE, LLC,                      :

                         :

                     Defendant.    :

                                 :
---------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

      On January 16, 2025, Defendant was served with the Complaint, and proof of service was filed with the Court.  *See* ECF No. 7.  To date, Defendant has failed to appear in this action.  No later than **February 28, 2025**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendant or if she has any other reason to believe that Defendant has actual notice of this lawsuit.

      Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendant **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

      SO ORDERED.

Dated: February 21, 2025
      New York, New York                                                  
                                                JESSE M. FURMAN
                                            United States District Judge